UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| TOUSA, Inc., et al. | ) |
| | ) |
| Plaintiff(s) | ) Case No.: 08-10928-JKO & 09-02281-JKO |
| v. | ) |
| Federal Insurance Company, et al. | ) |
| | ) |
| Defendant(s) | ) |

### AFFIDAVIT OF SERVICE

I, Christopher Compton, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S) SERVED: Summons and Notice of Pretrial/Trial in an Adversary Proceeding, Order Setting Filing and Disclosure Requirements for Pretrial and Trial and Adversary Complaint with Exhibits

SERVE TO: St. Paul Mercury Insurance Company Inc. c/o Corporation Service Company, Registered Agent
SERVICE ADDRESS: 1201 Hays Street, Tallahassee, Florida 32301

DATE SERVED: November 12, 2009   TIME SERVED: 2:45 PM

PERSON SERVED: Kim Glover, Customer Service Specialist, authorized to accept.

Described herein:
Gender: Female   Race/Skin: White   Hair: Black   Age: 40's   Height: 5'2"   Weight: 130

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

11/13/9
Executed on:

Christopher Compton
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 09-029931                                   Client Reference: 12630.41
CAPITOL PROCESS SERVICES, INC. • 1827 18th Street, NW, Washington, DC 20009-5526 • (202) 667-0050

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| TOUSA, Inc., et al.<br><br>Plaintiff(s)<br><br>v.<br><br>Federal Insurance Company, et al.<br><br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>) Case No.: 08-10928-JKO & 09-02281-JKO<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

I, Jesse Frericks, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S) SERVED: Summons and Notice of Pretrial/Trial in an Adversary Proceeding, Order Setting Filing and Disclosure Requirements for Pretrial and Trial and Adversary Complaint with Exhibits

SERVE TO: St. Paul Mercury Insurance Company Inc.
SERVICE ADDRESS: 385 Washington Street, St. Paul, Minnesota 55102

DATE SERVED: November 12, 2009   TIME SERVED: 4:25 PM

PERSON SERVED: Rebecca Walters, Legal Secretary, authorized to accept.

Described herein:
Gender: Female   Race/Skin: White   Hair: Blonde   Age: 33   Height: 5'8"   Weight: 140

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

11-20-09
Executed on:

Jesse Frericks
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 09-029933                                                                 Client Reference: 12630.41
CAPITOL PROCESS SERVICES, INC. • 1827 18th Street, NW, Washington, DC 20009-5526 • (202) 667-0050